UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
**Laryssa Jock, et al.**,                :

       Plaintiffs,            :   INDEX NO.  08 Civ. 2875 (JSR)

  -against-                             :

**Sterling Jewelers, Inc.**,             :

       Defendant.
---------------------------------------- X

## NOTICE OF FILING

Plaintiffs hereby file Consents to Join the collective action *Jock v. Sterling Jewelers Inc.*, 08-cv-2875-JSR, from 6 additional persons.

Dated: New York, New York  
       March 31, 2008

Respectfully submitted,

**COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.**

By: _____/s/_____  
   Lynda J. Grant (LG-4784)  
   150 East 52nd Street, 30th floor  
   New York, NY 10022  
   Telephone:  (212) 838-7797  
   Facsimile:  (212) 838-7745  
   lgrant@cmht.com

   Joseph M. Sellers  
   Jenny R. Yang (JY-9667)  
   Sahar F. Aziz  
   1100 New York Avenue, N.W.  
   Suite 500, West Tower  
   Washington, DC 20005  
   Telephone:  (202) 408-4600  
   Facsimile:  (202) 408-4699  
   jsellers@cmht.com  
   jyang@cmht.com  
   saziz@cmht.com

Sam J. Smith
Loren B. Donnell
Burr & Smith
442 W. Kennedy Boulevard, Suite 300
Tampa, FL 33606
Telephone:  (813) 253-2010
Facsimile:  (813) 254-8391
ssmith@burrandsmithlaw.com
ldonnell@burrandsmithlaw.com

Thomas A. Warren
Thomas A. Warren Law Offices, P.L.
2032-D Thomasville Blvd.
Tallahassee, FL  32308
Telephone:  (850) 385-1551
Facsimile:  (850) 385-6008
tw@nettally.com

*Counsel for Plaintiffs*

## CONSENT TO JOIN
### PURSUANT TO 29 U.S.C. §216(b)

1. I hereby consent and agree and opt-in to become a plaintiff in a lawsuit brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, for violations of the Equal Pay Act, 29 U.S.C. § 206(d), against my current/former employer, Sterling Jewelers, Inc., and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives (collectively "Sterling").

2. I have worked for Sterling during the time period after February 2003. I believe I may have been paid less than men in similar positions; and therefore, consent to join the suit.

3. I hereby agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

4. I hereby designate Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Thomas A. Warren, P.L., and Burr & Smith, L.L.P. to represent me in this action.

5. I agree to be represented by those plaintiffs who have been or will be named in the litigation that my counsel has filed, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, including the method and manner of conducting and resolving the litigation, the terms of representation by the attorneys for the named plaintiffs and others who join the action, and all other matters pertaining to this lawsuit.

Date: 3·24·08

Signature: *Susan E. Ballard*

Printed Name: Susan E. Ballard

Current/Former Employee of Sterling Store (Name/Location): Marks N Morgan - Savannah, GA / Kay's Jewelers - Charleston, SC

CONSENT TO JOIN
PURSUANT TO 29 U.S.C. §216(b)

1. I hereby consent and agree and opt-in to become a plaintiff in a lawsuit brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, for violations of the Equal Pay Act, 29 U.S.C. § 206(d), against my current/former employer, Sterling Jewelers, Inc., and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives (collectively "Sterling").

2. I have worked for Sterling during the time period after February 2003. I believe I may have been paid less than men in similar positions; and therefore, consent to join the suit.

3. I hereby agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

4. I hereby designate Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Thomas A. Warren, P.L., and Burr & Smith, L.L.P. to represent me in this action.

5. I agree to be represented by those plaintiffs who have been or will be named in the litigation that my counsel has filed, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, including the method and manner of conducting and resolving the litigation, the terms of representation by the attorneys for the named plaintiffs and others who join the action, and all other matters pertaining to this lawsuit.

Date: 3/12/08

Signature: Carol C. King

Printed Name: Carol C. King

Current/Former Employee of Sterling Store (Name/Location): Jared Brandon, FL.

CONSENT TO JOIN
PURSUANT TO 29 U.S.C. §216(b)

1. I hereby consent and agree and opt-in to become a plaintiff in a lawsuit brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, for violations of the Equal Pay Act, 29 U.S.C. § 206(d), against my current/former employer, Sterling Jewelers, Inc., and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives (collectively "Sterling").

2. I have worked for Sterling during the time period after February 2003. I believe I may have been paid less than men in similar positions; and therefore, consent to join the suit.

3. I hereby agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

4. I hereby designate Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Thomas A. Warren, P.L., and Burr & Smith, L.L.P. to represent me in this action.

5. I agree to be represented by those plaintiffs who have been or will be named in the litigation that my counsel has filed, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, including the method and manner of conducting and resolving the litigation, the terms of representation by the attorneys for the named plaintiffs and others who join the action, and all other matters pertaining to this lawsuit.

Date: 3/14/08

Signature: *Carolyn B. Morse*

Printed Name: CAROLYN B. MORSE

Current/Former Employee of Sterling Store (Name/Location): Citrus Park - Jared

CONSENT TO JOIN
PURSUANT TO 29 U.S.C. §216(b)

1. I hereby consent and agree and opt-in to become a plaintiff in a lawsuit brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, for violations of the Equal Pay Act, 29 U.S.C. § 206(d), against my current/former employer, Sterling Jewelers, Inc., and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives (collectively "Sterling").

2. I have worked for Sterling during the time period after February 2003. I believe I may have been paid less than men in similar positions; and therefore, consent to join the suit.

3. I hereby agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

4. I hereby designate Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Thomas A. Warren, P.L., and Burr & Smith, L.L.P. to represent me in this action.

5. I agree to be represented by those plaintiffs who have been or will be named in the litigation that my counsel has filed, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, including the method and manner of conducting and resolving the litigation, the terms of representation by the attorneys for the named plaintiffs and others who join the action, and all other matters pertaining to this lawsuit.

Date: 3-11-2008

Signature: *Sherry Roberson*

Printed Name: Sherry Roberson

Current/Former Employee of Sterling Store (Name/Location): Jared – St. Charles, IL. Aurora, IL
Tampa, Fl

## CONSENT TO JOIN
### PURSUANT TO 29 U.S.C. §216(b)

1. I hereby consent and agree and opt-in to become a plaintiff in a lawsuit brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, for violations of the Equal Pay Act, 29 U.S.C. § 206(d), against my current/former employer, Sterling Jewelers, Inc., and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives (collectively "Sterling").

2. I have worked for Sterling during the time period after February 2003. I believe I may have been paid less than men in similar positions; and therefore, consent to join the suit.

3. I hereby agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

4. I hereby designate Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Thomas A. Warren, P.L., and Burr & Smith, L.L.P. to represent me in this action.

5. I agree to be represented by those plaintiffs who have been or will be named in the litigation that my counsel has filed, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, including the method and manner of conducting and resolving the litigation, the terms of representation by the attorneys for the named plaintiffs and others who join the action, and all other matters pertaining to this lawsuit.

Date: 3/10/08

Signature: Sharon R. Scroggins

Printed Name: Sharon R. Scroggins

Current/Former Employee of Sterling Store (Name/Location): Jared #443 8104 Citrus Park Dr - TPA 33625

CONSENT TO JOIN
PURSUANT TO 29 U.S.C. §216(b)

1. I hereby consent and agree and opt-in to become a plaintiff in a lawsuit brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, for violations of the Equal Pay Act, 29 U.S.C. § 206(d), against my current/former employer, Sterling Jewelers, Inc., and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives (collectively "Sterling").

2. I have worked for Sterling during the time period after February 2003. I believe I may have been paid less than men in similar positions; and therefore, consent to join the suit.

3. I hereby agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

4. I hereby designate Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Thomas A. Warren, P.L., and Burr & Smith, L.L.P. to represent me in this action.

5. I agree to be represented by those plaintiffs who have been or will be named in the litigation that my counsel has filed, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, including the method and manner of conducting and resolving the litigation, the terms of representation by the attorneys for the named plaintiffs and others who join the action, and all other matters pertaining to this lawsuit.

Date: 3·11·08

Signature

Printed Name: Tana E. Shiver

Current/Former Employee of Sterling Store (Name/Location): Jared Galleria of Jewelry

8104 Citrus Park Dr.
Tampa, FL 33625