UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
**Laryssa Jock, et al.**,                  :

       Plaintiffs,                       :  INDEX NO.  08 Civ. 2875 (JSR)

  -against-                              :

**Sterling Jewelers, Inc.**,               :

       Defendant.
---------------------------------------- X


### NOTICE OF FILING

    Plaintiffs hereby file Consent to Join the collective action *Jock v. Sterling Jewelers Inc.*, 08-cv-2875-JSR, from one additional person.

| | |
|---|---|
| Dated: New York, New York<br>April 3, 2008 | Respectfully submitted,<br><br>**COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.**<br><br>By: _____/s/_____<br>   Lynda J. Grant (LG-4784)<br>   150 East 52nd Street, 30th floor<br>   New York, NY 10022<br>   Telephone:  (212) 838-7797<br>   Facsimile:  (212) 838-7745<br>   lgrant@cmht.com<br><br>   Joseph M. Sellers<br>   Jenny R. Yang (JY-9667)<br>   Sahar F. Aziz<br>   1100 New York Avenue, N.W.<br>   Suite 500, West Tower<br>   Washington, DC 20005<br>   Telephone:  (202) 408-4600<br>   Facsimile:  (202) 408-4699<br>   jsellers@cmht.com<br>   jyang@cmht.com<br>   saziz@cmht.com |

Sam J. Smith
Loren B. Donnell
Burr & Smith
442 W. Kennedy Boulevard, Suite 300
Tampa, FL 33606
Telephone:  (813) 253-2010
Facsimile:  (813) 254-8391
ssmith@burrandsmithlaw.com
ldonnell@burrandsmithlaw.com

Thomas A. Warren
Thomas A. Warren Law Offices, P.L.
2032-D Thomasville Blvd.
Tallahassee, FL  32308
Telephone:  (850) 385-1551
Facsimile:  (850) 385-6008
tw@nettally.com

*Counsel for Plaintiffs*

## CONSENT TO JOIN
## PURSUANT TO 29 U.S.C. §216(b)

1. I hereby consent and agree and opt-in to become a plaintiff in a lawsuit brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, for violations of the Equal Pay Act, 29 U.S.C. § 206(d), against my current/former employer, Sterling Jewelers, Inc., and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives (collectively "Sterling").

2. I have worked for Sterling during the time period after February 2003. I believe I may have been paid less than men in similar positions; and therefore, consent to join the suit.

3. I hereby agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

4. I hereby designate Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Thomas A. Warren, P.L., and Burr & Smith, L.L.P. to represent me in this action.

5. I agree to be represented by those plaintiffs who have been or will be named in the litigation that my counsel has filed, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, including the method and manner of conducting and resolving the litigation, the terms of representation by the attorneys for the named plaintiffs and others who join the action, and all other matters pertaining to this lawsuit.

Date: 3/13/08

Signature: *Leigh Smith Murphy*

Printed Name: Leighla Smith Murphy

Current/Former Employee of Sterling Store (Name/Location)