UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
**Laryssa Jock, et al.**,                        :

        Plaintiffs,              :   INDEX NO.  08 Civ. 2875 (JSR)

  -against-                                 :

**Sterling Jewelers Inc.**,                    :

        Defendant.
------------------------------------- X

**NOTICE OF FILING**

    Plaintiffs hereby file Consent to Join the collective action *Jock v. Sterling Jewelers Inc.*, 08-cv-2875-JSR, for one additional person.

Dated: New York, New York  
       April 15, 2008

Respectfully submitted,

**COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.**

By:  /s/ *Jenny R. Yang*
Lynda J. Grant (LG-4784)
150 East 52nd Street, 30th floor
New York, NY 10022
Telephone:  (212) 838-7797
Facsimile:  (212) 838-7745
lgrant@cmht.com

Joseph M. Sellers
Jenny R. Yang (JY-9667)
Sahar F. Aziz
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699
jsellers@cmht.com
jyang@cmht.com
saziz@cmht.com

        Sam J. Smith
        Loren B. Donnell
        Burr & Smith
        442 W. Kennedy Boulevard, Suite 300
        Tampa, FL 33606
        Telephone:  (813) 253-2010
        Facsimile:  (813) 254-8391
        ssmith@burrandsmithlaw.com
        ldonnell@burrandsmithlaw.com

        Thomas A. Warren
        Thomas A. Warren Law Offices, P.L.
        2032-D Thomasville Blvd.
        Tallahassee, FL  32308
        Telephone:  (850) 385-1551
        Facsimile:  (850) 385-6008
        tw@nettally.com

        ***Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on this 15th day of April, 2008, I caused a true and accurate copy of the Plaintiff's Consent to Join for Dorelle Raphael-Fishkin to be served via first-class mail upon:

Gerald L. Maatman, Jr., Esquire
Seyfarth Shaw
131 South Dearborn Street
Suite 2400
Chicago, IL  60603-5577
(312) 460-5965

Stephen Zashin, Esquire
Zashin & Rich Co., L.P.A.
55 Public Square
4th Floor
Cleveland, Ohio 44113


               */s/ Sahar Aziz*
                Sahar Aziz

CONSENT TO JOIN
PURSUANT TO 29 U.S.C. §216(b)

1. I hereby consent and agree and opt-in to become a plaintiff in a lawsuit brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, for violations of the Equal Pay Act, 29 U.S.C. § 206(d), against my current/former employer, Sterling Jewelers, Inc., and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives (collectively "Sterling").

2. I have worked for Sterling during the time period after February 2003. I believe I may have been paid less than men in similar positions; and therefore, consent to join the suit.

3. I hereby agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

4. I hereby designate Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Thomas A. Warren, P.L., and Burr & Smith, L.L.P. to represent me in this action.

5. I agree to be represented by those plaintiffs who have been or will be named in the litigation that my counsel has filed, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, including the method and manner of conducting and resolving the litigation, the terms of representation by the attorneys for the named plaintiffs and others who join the action, and all other matters pertaining to this lawsuit.

Date: 4-14-08

Signature: *Dorelle Raphael-Fishkin*

Printed Name: Dorelle Raphael-Fishkin

Current/Former Employee of Sterling Store (Name/Location): 443 Tampa, Fl.