SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Laryssa Jock, et al.          Plaintiff,

              - against -

Sterling Jewelers, Inc.       Defendant.

08 cv 2875 (JSR)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jenny R. Yang a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Joseph M. Sellers
Firm Name:          Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Address:            1100 New York Avenue, NW, Suite 500, West Tower
City/State/Zip:     Washington, D.C. 20005
Phone Number:       (202) 408-4600
Fax Number:         (202) 408-4699

Joseph M. Sellers is a member in good standing of the Bar of the States of District of Columbia

There are no pending disciplinary proceeding against Joseph M. Sellers in any State or Federal court.

Dated: March 25, 2008
City, State: Washington, D.C. 20005

Respectfully submitted,

Sponsor's
SDNY Bar JY-9667
Firm Name: Cohen, Milstein, Hausfeld, & Toll, P.L.L.C.
Address:   1100 New York Avenue, NW, Ste. 500, West Tower
City/State/Zip: Washington, D.C. 20005
Phone Number: 202-408-4600
Fax Number:   202-408-4699

SDNY Form Web 10/2006

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK
---

| | |
|---|---|
| Laryssa Jock, et al. | Plaintiffs, |
| - against - | 08 cv 2875 (JSR) |
| Sterling Jewelers, Inc.    Defendant. | AFFIDAVIT OF JENNY R. YANG IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

State of New York    )
                     )  ss:
County of New York   )

Jenny R. Yang, being duly sworn, hereby deposes and says as follows:

1. I am a Partner at Cohen, Milstein, Hausfeld and Toll, P.L.L.C., counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Joseph M. Sellers as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York in October 1997. In addition, I am a member in good standing with the bars of New Jersey and the District of Columbia. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Joseph M. Sellers since 2004.

4. Mr. Sellers is a Partner at Cohen, Milstein, Hausfeld and Toll, P.L.L.C., in Washington, D.C.

5. I have found Mr. Sellers to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Joseph M. Sellers, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Joseph M. Sellers, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Joseph M. Sellers, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: 3/25/08
City, State: Washington, D.C.
Notarized: [signature]
            12/14/08

Respectfully submitted,

[signature]
Name of Movant: Jenny R. Yang
SDNY Bar Code: JY-9667

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**JOSEPH M. SELLERS**

was, on the 7th day of July A.D. 1980 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 27th day of March A.D. 2008.

**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _____
Deputy Clerk

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 9th day of April, 2008, I caused a true and accurate copy of the Motion For Admission Pro Hac Vice for Joseph Sellers and Sahar Aziz to be served via first-class mail upon.

Gerald L. Maatman, Jr., Esquire
Seyfarth Shaw
131 South Dearborn Street
Suite 2400
Chicago, IL  60603-5577
(312) 460-5965

                                          Tina Huell

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Laryssa Jock, et al.                          Plaintiff,

                                                              08    cv   2875    (JSR)

       - against -
Sterling Jewelers, Inc.                       Defendant.      **ORDER FOR ADMISSION**
                                                              **PRO HAC VICE**
                                                              **ON WRITTEN MOTION**

Upon the motion of  Jenny R. Yang       attorney for  Laryssa Jock, et al.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Joseph M. Sellers |
| Firm Name: | Cohen, Milstein, Hausfeld & Toll, P.L.L.C. |
| Address: | 1100 New York Avenue, NW, Suite 500, West Tower |
| City/State/Zip: | Washington, D.C. 20005 |
| Telephone/Fax: | (202) 408-4600 |
| Email Address: | jsellers@cmht.com |

is admitted to practice pro hac vice as counsel for  Laryssa Jock, et al.  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  New York, NY

_____
United States District/Magistrate Judge