SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Laryssa Jock, et al.          Plaintiff,

                                                    08   cv   2875   (JSR)

      - against -
                              Defendant.      **ORDER FOR ADMISSION**
Sterling Jewelers, Inc.                            **PRO HAC VICE**
                                              **ON WRITTEN MOTION**

Upon the motion of  Jenny R. Yang   attorney for  Laryssa Jock, et al.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Joseph M. Sellers |
| Firm Name: | Cohen, Milstein, Hausfeld & Toll, P.L.L.C. |
| Address: | 1100 New York Avenue, NW, Suite 500, West Tower |
| City/State/Zip: | Washington, D.C. 20005 |
| Telephone/Fax: | (202) 408-4600 |
| Email Address: | jsellers@cmht.com |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-21-08

is admitted to practice pro hac vice as counsel for   Laryssa Jock, et al.   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State: New York, NY
4/21/08

_____
United States District/~~Magistrate~~ Judge

FOR OFFICE USE ONLY: FEE PAID $         SDNY RECEIPT#
SDNY Form Web 10/2006