UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
**Laryssa Jock, et al.**,                                :

       Plaintiffs,                         :     INDEX NO.  08 Civ. 2875 (JSR)

 -against-                                          :

**Sterling Jewelers Inc.**,                          :

       Defendant.
------------------------------------- X

## NOTICE OF FILING

Plaintiffs hereby file Consent to Join the collective action *Jock v. Sterling Jewelers Inc.*, 08-cv-2875-JSR, for three additional persons.

Dated:  New York, New York                 Respectfully submitted,
      April 28, 2008

                                                 **COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.**

                                                 By:   /s/ *Jenny R. Yang*
                                                      Joseph M. Sellers
                                                        Jenny R.Yang (JY-9667)
                                                       Sahar F. Aziz
                                                       1100 New York Avenue, N.W.
                                                     Suite 500, West Tower
                                                     Washington, DC 20005
                                                     Telephone:  (202) 408-4600
                                                     Facsimile:  (202) 408-4699
                                                     jsellers@cmht.com
                                                     jyang@cmht.com
                                                     saziz@cmht.com

                                                     Lynda J. Grant (LG-4784)
                                                     150 East 52nd Street, 30th floor
                                                     New York, NY 10022

Telephone:  (212) 838-7797
Facsimile:  (212) 838-7745
lgrant@cmht.com

Sam J. Smith
Loren B. Donnell
Burr & Smith, LLP
442 W. Kennedy Boulevard, Suite 300
Tampa, FL 33606
Telephone:  (813) 253-2010
Facsimile:  (813) 254-8391
ssmith@burrandsmithlaw.com
ldonnell@burrandsmithlaw.com

Thomas A. Warren
Thomas A. Warren Law Offices, P.L.
2032-D Thomasville Blvd.
Tallahassee, FL  32308
Telephone:  (850) 385-1551
Facsimile:  (850) 385-6008
tw@nettally.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 28th day of April, 2008, I caused a true and accurate copy of the Plaintiffs' Consent to Join for Wendy Hamilton, Vicki Osborn and Antoinette Roberts to be served via overnight mail upon:

Gerald L. Maatman, Jr., Esquire
Seyfarth Shaw
131 South Dearborn Street
Suite 2400
Chicago, IL  60603-5577
(312) 460-5965

Stephen Zashin, Esquire
Zashin & Rich Co., L.P.A.
55 Public Square
4th Floor
Cleveland, Ohio 44113


                                                          */s/ Sahar Aziz*
                                                          Sahar Aziz

## CONSENT TO JOIN
## PURSUANT TO 29 U.S.C. §216(b)

1. I hereby consent and agree and opt-in to become a plaintiff in a lawsuit brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, for violations of the Equal Pay Act, 29 U.S.C. § 206(d), against my current/former employer, Sterling Jewelers, Inc., and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives (collectively "Sterling").

2. I have worked for Sterling during the time period after February 2003. I believe I may have been paid less than men in similar positions; and therefore, consent to join the suit.

3. I hereby agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

4. I hereby designate Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Thomas A. Warren, P.L., and Burr & Smith, L.L.P. to represent me in this action.

5. I agree to be represented by those plaintiffs who have been or will be named in the litigation that my counsel has filed, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, including the method and manner of conducting and resolving the litigation, the terms of representation by the attorneys for the named plaintiffs and others who join the action, and all other matters pertaining to this lawsuit.

Date: 4-24-08

Signature: *Wendy Hamilton*

Printed Name: WENDY HAMILTON

Current/Former Employee of Sterling Store (Name/Location): JARED #443 TAMPA, FL.

## CONSENT TO JOIN
## PURSUANT TO 29 U.S.C. §216(b)

1.  I hereby consent and agree and opt-in to become a plaintiff in a lawsuit brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, for violations of the Equal Pay Act, 29 U.S.C. § 206(d), against my current/former employer, Sterling Jewelers, Inc., and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives (collectively "Sterling").

2.  I have worked for Sterling during the time period after February 2003. I believe I may have been paid less than men in similar positions; and therefore, consent to join the suit.

3.  I hereby agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

4.  I hereby designate Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Thomas A. Warren, P.L., and Burr & Smith, L.L.P. to represent me in this action.

5.  I agree to be represented by those plaintiffs who have been or will be named in the litigation that my counsel has filed, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, including the method and manner of conducting and resolving the litigation, the terms of representation by the attorneys for the named plaintiffs and others who join the action, and all other matters pertaining to this lawsuit.

Date: 4/25/08

Signature: *Vicki Osborn*

Printed Name: Vicki Osborn

Current/Former Employee of Sterling Store (Name/Location): *Pamela Arden Fair, Ca.*

# CONSENT TO JOIN
## PURSUANT TO 29 U.S.C. §216(b)

1. I hereby consent and agree and opt-in to become a plaintiff in a lawsuit brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, for violations of the Equal Pay Act, 29 U.S.C. § 206(d), against my current/former employer, Sterling Jewelers, Inc., and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives (collectively "Sterling").

2. I have worked for Sterling during the time period after February 2003. I believe I may have been paid less than men in similar positions; and therefore, consent to join the suit.

3. I hereby agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

4. I hereby designate Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Thomas A. Warren, P.L., and Burr & Smith, L.L.P. to represent me in this action.

5. I agree to be represented by those plaintiffs who have been or will be named in the litigation that my counsel has filed, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, including the method and manner of conducting and resolving the litigation, the terms of representation by the attorneys for the named plaintiffs and others who join the action, and all other matters pertaining to this lawsuit.

Date: 4/24/08

_A. Roberts_
Signature

_Antoinette Roberts_
Printed Name

_Kay Jeweler Bayfair Mall San Leandro CA._
Current/Former Employee of Sterling Store (Name/Location)