SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Laryssa Jock, et al.          Plaintiff,

- against -

Sterling Jewelers Inc.        Defendant.

0 8  cv  2875  (JSR)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,   Jenny R. Yang          a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Thomas A. Warren |
| Firm Name: | Thomas A. Warren Law Offices, P.L. |
| Address: | 2032-D Thomasville Road |
| City/State/Zip: | Tallahassee, FL  32308 |
| Phone Number: | (850) 385-1551 |
| Fax Number: | (850) 385-6008 |

Thomas A. Warren                is a member in good standing of the Bar of the States of

Florida

There are no pending disciplinary proceeding against   Thomas A. Warren
in any State or Federal court.

Dated:  April 18, 2008
City, State:  Washington, D.C.

Respectfully submitted,

Sponsor's
SDNY Bar   JY-9667
Firm Name:  Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Address:   1100 New York Avenue, NW, Suite 500, West Tower
City/State/Zip:  Washington, D.C.  20005
Phone Number:   202-408-4600
Fax Number:  202-408-4699

SDNY Form Web 10/2006

UNITED STATES DISTRICT

SOUTHERN DISTRICT OF NEW YORK

Laryssa Jock, et al.                              Plaintiffs,

                    - against -                                              08 cv 2875 (JSR)

Sterling Jewelers, Inc.                     Defendant.          AFFIDAVIT OF JENNY R.
                                                                YANG IN SUPPORT OF
                                                                MOTION TO ADMIT
                                                                COUNSEL PRO HAC VICE

~~State of New York~~ DISTRICT OF    )
~~County of New York~~ COLUMBIA      )   ss:
(DV)                                 )

Jenny R. Yang, being duly sworn, hereby deposes and says as follows:

1.    I am a Partner at Cohen, Milstein, Hausfeld and Toll, P.L.L.C., counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Thomas A. Warren as counsel pro hac vice to represent Plaintiffs in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York in October 1997. In addition, I am a member in good standing with the bars of New Jersey and the District of Columbia. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Thomas A. Warren through his work with our firm on this matter since 2007.

4.    Mr. Warren is a sole practitioner. His law office is Thomas A. Warren Law Offices, P.L., in Tallahassee, FL.

5.    I have found Mr. Warren to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Thomas A. Warren, pro hac vice.

7.    I respectfully submit a proposed order granting the admission of Thomas A. Warren, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Thomas A. Warren, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated:    *April 22, 2008*

City, State:  Washington, D.C.

Notarized:  **22 APRIL 2008**

_____                          Respectfully submitted,
NOTARY PUBLIC (DC)

MY COMMISSION EXPIRES:                          Name of Movant: Jenny R. Yang
12/14/2008
                                                SDNY Bar Code: JY-9667



# The Florida Bar

**651 EAST JEFFERSON STREET**
**TALLAHASSEE, FLORIDA 32399-2300**

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida          )

County of Leon          )

In Re:      176730
            Thomas A. Warren
            Law Offices of Thomas A. Warren
            2032-D Thomasville Rd.
            Tallahassee, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on May 10, 1974.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this /6th day of April, 2008.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/KLW1:R10

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTNERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Laryssa Jock, et al. | Plaintiff, | |
| - against – | | 08 cv 2875 (JSR) |
| Sterling Jewelers Inc. | Defendant. | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |
| _____/ | | |

Upon the motion of Jenny R. Yang attorney for Laryssa Jock, et al.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name : | Thomas A. Warren |
| Firm Name: | Thomas A. Warren Law Offices, P.L. |
| Address: | 2032D Thomasville Road |
| City/State/Zip: | Tallahassee, FL  32308 |
| Telephone/Fax: | 850-385-1551; 850-385-6008 |
| Email Address: | tw@nettally.com |

Is admitted to practice pro hac vice as counsel for Laryssa Jock, et al. in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:   New York, NY

_____
United States District/Magistrate Judge

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 22nd day of April, 2008, I caused a true and accurate copy of the Motion for Admission Pro Hac Vice for Thomas A. Warren to be served via first-class mail upon.

Gerald L. Maatman, Jr., Esquire
Seyfarth Shaw
131 South Dearborn Street
Suite 2400
Chicago, IL  60603-5577
(312) 460-5965

_Tina Huell_
Tina Huell