UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Laryssa Jock, et al. | Plaintiffs, | |
| - against - | | 08 cv 2875 (JSR) |
| Sterling Jewelers, Inc. | Defendant. | MOTION TO ADMIT COUNSEL PRO HAC VICE |

State of New York    )
                     )  ss:
County of New York   )

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jenny R. Yang, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Loren Donnell
Firm Name:          Burr & Smith, LLP
Address:            442 W. Kennedy Blvd., Suite 300
City/State/Zip:     Tampa, FL 33606-1495
Phone Number:       813-253-2010
Fax Number:         813-254-8391

Loren Donnell is a member in good standing of the Bar of the State of Florida.

There are no pending disciplinary proceedings against Loren Donnell in any State or Federal court.

Dated: April 22, 2008

City, State: Washington, DC

Respectfully submitted,

Sponsor: Jenny R. Yang
SDNY Bar Code: JY-9667
Firm Name: Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Address: 1100 New York Avenue, N.W., Suite 500, West Tower
City/State/Zip: Washington, D.C. 20005
Phone Number: 202-408-4600
Fax Number: 202-408-4699

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Laryssa Jock, et al. | Plaintiffs, | |
| - against - | | 08 cv 2875 (JSR) |
| Sterling Jewelers, Inc. | Defendant. | AFFIDAVIT OF JENNY R. YANG IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

~~State of New York~~ DISTRICT OF )
~~County of New York~~ COLUMBIA ) ss:
(etc) )

Jenny R. Yang, being duly sworn, hereby deposes and says as follows:

1. I am a Partner at Cohen, Milstein, Hausfeld and Toll, P.L.L.C., counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Loren Donnell as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York in October 1997. In addition, I am a member in good standing with the bars of New Jersey and the District of Columbia. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Loren Donnell through her work with our firm on this matter since 2007.

4. Ms. Donnell is an associate at Burr & Smith, LLP in Tampa, FL.

5. I have found Ms. Donnell to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Loren Donnell, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Loren Donnell, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Loren Donnell, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: April 22, 2008

City, State: Washington, D.C.

Notarized: 22 APRIL 2008

[signature]
NOTARY PUBLIC (DC)

MY COMMISSION EXPIRES:
12/14/08

Respectfully submitted,

[signature]
Name of Movant: Jenny R. Yang
SDNY Bar Code: JY-9667

AO 136 (Rev. 11/99) Certificate of Good Standing

# United States District Court

Middle District of Florida

**CERTIFICATE OF
GOOD STANDING**

I, SHERYL L. LOESCH, Clerk of this Court, certify that

LOREN DONNELL, Bar No. #0013429, was duly admitted to

practice in this court on April 20, 2006, and is in good

standing as a member of the Bar of this Court.

Dated at Tampa, Florida on April 17, 2008

SHERYL L. LOESCH, CLERK            *Rebecca J. Hockett*
                                        Deputy Clerk

# Exhibit A

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Laryssa Jock, et al. | Plaintiffs, | |
| - against - | | 08 cv 2875 (JSR) |
| Sterling Jewelers, Inc. | Defendant. | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |

State of New York   )
                    )   ss:
County of New York  )

Upon the motion of Jenny R. Yang, attorney for Laryssa Jock, et al. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED THAT**

| | |
|---|---|
| Applicant's Name: | Loren Donnell |
| Firm Name: | Burr & Smith, LLP |
| Address: | 442 W. Kennedy Blvd., Suite 300 |
| City/State/Zip: | Tampa, FL 33606-1495 |
| Phone Number: | 813-253-2010 |
| Fax Number: | 813-254-8391 |

is admitted to practice pro hac vice as counsel for Laryssa Jock, et al. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject o the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:
City, State: New York, NY

_____
United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this 22nd day of April, 2008, I caused a true and accurate copy of the Motion for Admission Pro Hac Vice for Loren Donnell to be served via first-class mail upon.

Gerald L. Maatman, Jr., Esquire
Seyfarth Shaw
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577
(312) 460-5965

                                                         _____
                                                              Tina Huell