Gerald L. Maatman, Jr. (GM-3201)
Lorie E. Almon (LA-4937)
David Bennet Ross (DR-8613)
Richard I. Scharlat (RS-5127)

SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018-1405
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

Attorneys for Defendant
   Sterling Jewelers Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOCK, et al.,                                    :

                                                 :        08 CV 02875 (JSR)

                              Plaintiffs,        :

                                                 :

            vs.                                  :

                                                 :

STERLING JEWELERS INC.,                          :

                                                 :

                              Defendant.         :

                                                 :

                                                 :

                                                 :

                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

   PLEASE TAKE NOTICE that Gerald L. Maatman, Jr., Lorie E. Almon, David Bennet

Ross, Richard I. Scharlat, and Seyfarth Shaw LLP, 620 Eighth Avenue, New York, New York

10018, hereby enter their appearance as counsel for Defendant Sterling Jewelers Inc. in the

above-captioned matter.

Dated: New York, New York
        April 30, 2008

                                        Respectfully submitted,

                                        SEYFARTH SHAW LLP

                                        By: /s/ Gerald L. Maatman, Jr.
                                            Gerald L. Maatman, Jr. (GM-3201)
                                            gmaatman@seyfarth.com
                                            Lorie E. Almon (LA-4937)
                                            lalmon@seyfarth.com
                                            David Bennet Ross(DR-8613)
                                            dross@seyfarth.com
                                            Richard I. Scharlat (RS-5127)
                                            rscharlat@seyfarth.com

                                            620 Eighth Avenue, 32nd Floor
                                            New York, New York 10018-1405
                                            Telephone: (212) 218-5500
                                            Facsimile: (212) 218-5526

                                        Attorneys for Defendant Sterling Jewelers Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2008, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the United States District Court, Southern District of New York using the CM/ECF system, which sent notification of such filing to the following:

> Joseph M. Sellers
> Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
> 1100 New York Avenue, N.W.
> Suite 500, West Tower
> Washington, D.C. 20005
>
> Sam J. Smith
> Burr & Smith, LLP
> 442 West Kennedy Blvd., Suite 300
> Tampa, FL 33606
>
> Thomas A. Warren
> The Law Offices of Thomas A. Warren
> 2032-D Thomasville Road
> Tallahassee, FL 32308
> P.O. Box 1657
> Tallahassee, FL 32302
>
> Attorney for Plaintiffs And On Behalf
> Of All Counsel for Plaintiffs
>
>  /s/  Gerald L. Maatman, Jr.
> Gerald L. Maatman, Jr.

-3-