Gerald L. Maatman, Jr. (GM-3201)
Lorie E. Almon (LA-4937)
David Bennet Ross (DR-8613)
Richard I. Scharlat (RS-5127)
Lindafel (Lynnette) Sarno (LS-2421)

SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018-1405
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

Attorneys for Defendant
  Sterling Jewelers Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOCK, et al.,                                     :
                                                  :
                                                  :       08 CV 02875 (JSR)
                              Plaintiffs,          :
                                                  :
            vs.                                    :
                                                  :
STERLING JEWELERS INC.,                           :
                                                  :
                              Defendant.           :
                                                  :
                                                  :
                                                  :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## FEDERAL RULE OF CIVIL PROCEDURE 7.1
## CORPORATE DISCLOSURE STATEMENT

Defendant Sterling Jewelers Inc., a Delaware corporation, by its attorneys and pursuant to

Rule 7.1 of the Federal Rules of Civil Procedure, hereby certifies that its parent company,

Signet Group plc, is a publicly traded company.

Dated: New York, New York
       April 30, 2008

                                  Respectfully submitted,


                                  SEYFARTH SHAW LLP


                                  By: /s/ Gerald L. Maatman, Jr.
                                      Gerald L. Maatman, Jr. (GM-3201)
                                      gmaatman@seyfarth.com
                                      Lorie E. Almon (LA-4937)
                                      lalmon@seyfarth.com
                                      David Bennet Ross (DR-8613)
                                      dross@seyfarth.com
                                      Richard I. Scharlat (RS-5127)
                                      rscharlat@seyfarth.com
                                  620 Eighth Avenue, 32nd Floor
                                  New York, New York 10018-1405
                                  Telephone: (212) 218-5500
                                  Facsimile: (212) 218-5526


                                  ZASHIN & RICH CO., L.P.A.
                                      Stephen S. Zashin
                                       (petition for admission pending)
                                      ssz@zrlaw.com
                                  55 Public Square, 4th Floor
                                  Cleveland, Ohio 44113
                                  Telephone: (216) 696-4441
                                  Facsimile: (216) 696-1618

                                  Attorneys for Defendant Sterling Jewelers Inc.

NY1 26511022.2

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2008, I electronically filed the foregoing *Defendant*

*Sterling Jewelers Inc.'s Corporate Disclosure Statement* with the Clerk of the United States

District Court, Southern District of New York using the CM/ECF system, which sent notification

of such filing to the following:

> Joseph M. Sellers
> Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
> 1100 New York Avenue, N.W.
> Suite 500, West Tower
> Washington, D.C. 20005
>
> Sam J. Smith
> Burr & Smith, LLP
> 442 West Kennedy Blvd., Suite 300
> Tampa, FL 33606
>
> Thomas A. Warren
> The Law Offices of Thomas A. Warren
> 2032-D Thomasville Road
> Tallahassee, FL  32308
> P.O. Box 1657
> Tallahassee, FL  32302
>
> Attorney for Plaintiffs And On Behalf
> Of All Counsel for Plaintiffs
>
>
>  /s/  Gerald L. Maatman, Jr.
> Gerald L. Maatman, Jr.

NY1 26511022.2