UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
**Laryssa Jock, et al.**,                             :

       Plaintiffs,                              :

       on behalf of themselves and   :   INDEX NO.  08 Civ. 2875 (JSR)
       others similarly situated
                                                     :

   -against-

**Sterling Jewelers Inc.**,

       Defendant.
------------------------------------- X

## NOTICE OF FILING

   Plaintiffs hereby file Consent to Join the collective action *Jock, et al. v. Sterling Jewelers Inc.*, 08-cv-2875-JSR, for Susan L. Bailey, Duana ConGin and Katie Jennings.

Dated:  New York, New York
       May 5, 2008

Respectfully submitted,

**COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.**

By:  _____/s/ *Jenny R. Yang*_____
     Joseph M. Sellers
     Jenny R.Yang (JY-9667)
     Sahar F. Aziz
     1100 New York Avenue, N.W.
     Suite 500, West Tower
     Washington, DC 20005
     Telephone:  (202) 408-4600
     Facsimile:  (202) 408-4699
     jsellers@cmht.com
     jyang@cmht.com

saziz@cmht.com

Lynda J. Grant (LG-4784)
150 East 52nd Street, 30th floor
New York, NY 10022
Telephone:  (212) 838-7797
Facsimile:  (212) 838-7745
lgrant@cmht.com

Sam J. Smith
Loren B. Donnell
Burr & Smith, LLP
442 W. Kennedy Boulevard, Suite 300
Tampa, FL 33606
Telephone:  (813) 253-2010
Facsimile:  (813) 254-8391
ssmith@burrandsmithlaw.com
ldonnell@burrandsmithlaw.com

Thomas A. Warren
Thomas A. Warren Law Offices, P.L.
2032-D Thomasville Blvd.
Tallahassee, FL  32308
Telephone:  (850) 385-1551
Facsimile:  (850) 385-6008
tw@nettally.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 5, 2008, I electronically filed the foregoing *Notice of Filing* with the Clerk of the United States District Court, Southern District of New York, using the CM/ECF system, which sent notification of such filing to the following:


Gerald L. Maatman, Jr. (GM-3201)
gmaatman@seyfarth.com

Lorie E. Almon (LA-4937)
lalmon@seyfarth.com

David Bennet Ross (DR-8613)
dross@seyfarth.com

Richard I. Scharlat (RS-5127)
rscharlat@seyfarth.com

620 Eighth Avenue, 32nd floor
New York, New York 10018-1405
Telephone:  (212) 218-5500
Facsimile:  (212) 218-5526

ZASHIN & RICH CO., L.P.A.
Stephen S. Zashin
*(petition for admission pending)*
ssz@zrlaw.com
55 Public Square, 4th floor
Cleveland, Ohio 44113
Telephone:  (216) 696-4441
Facsimile:  (216) 696-1618

*Attorneys for Defendant Sterling Jewelers Inc.*


                                                      */s/ Jenny Yang*
                                                    Jenny Yang

## CONSENT TO JOIN
## PURSUANT TO 29 U.S.C. §216(b)

1. I hereby consent and agree and opt-in to become a plaintiff in a lawsuit brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, for violations of the Equal Pay Act, 29 U.S.C. § 206(d), against my current/former employer, Sterling Jewelers, Inc., and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives (collectively "Sterling").

2. I have worked for Sterling during the time period after February 2003. I believe I may have been paid less than men in similar positions; and therefore, consent to join the suit.

3. I hereby agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

4. I hereby designate Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Thomas A. Warren, P.L., and Burr & Smith, L.L.P. to represent me in this action.

5. I agree to be represented by those plaintiffs who have been or will be named in the litigation that my counsel has filed, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, including the method and manner of conducting and resolving the litigation, the terms of representation by the attorneys for the named plaintiffs and others who join the action, and all other matters pertaining to this lawsuit.

Date: May 2, 2008

Signature: Susan Lee Bailey

Printed Name: Susan Lee Bailey

Current/Former Employee of Sterling Store (Name/Location): J.B. Robinson Attleboro, Mass. (Attleboro Mall)

## CONSENT TO JOIN
## PURSUANT TO 29 U.S.C. §216(b)

1. I hereby consent and agree and opt-in to become a plaintiff in a lawsuit brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, for violations of the Equal Pay Act, 29 U.S.C. § 206(d), against my current/former employer, Sterling Jewelers, Inc., and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives (collectively "Sterling").

2. I have worked for Sterling during the time period after February 2003. I believe I may have been paid less than men in similar positions; and therefore, consent to join the suit.

3. I hereby agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

4. I hereby designate Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Thomas A. Warren, P.L., and Burr & Smith, L.L.P. to represent me in this action.

5. I agree to be represented by those plaintiffs who have been or will be named in the litigation that my counsel has filed, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, including the method and manner of conducting and resolving the litigation, the terms of representation by the attorneys for the named plaintiffs and others who join the action, and all other matters pertaining to this lawsuit.

Date: 4-24-08

Signature: Duna Congin

Printed Name: Duana Congin

Current/Former Employee of Sterling Store (Name/Location):
JB Robinson Kohn Ohio
Kay's Jewelers Rich Hts Oh
JB Robinson mentor Oh
Kays mentor Oh

CONSENT TO JOIN
PURSUANT TO 29 U.S.C. §216(b)

1. I hereby consent and agree and opt-in to become a plaintiff in a lawsuit brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, for violations of the Equal Pay Act, 29 U.S.C. § 206(d), against my current/former employer, Sterling Jewelers, Inc., and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives (collectively "Sterling").

2. I have worked for Sterling during the time period after February 2003. I believe I may have been paid less than men in similar positions; and therefore, consent to join the suit.

3. I hereby agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

4. I hereby designate Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Thomas A. Warren, P.L., and Burr & Smith, L.L.P. to represent me in this action.

5. I agree to be represented by those plaintiffs who have been or will be named in the litigation that my counsel has filed, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, including the method and manner of conducting and resolving the litigation, the terms of representation by the attorneys for the named plaintiffs and others who join the action, and all other matters pertaining to this lawsuit.

Date: 05/02/08

Signature: *(signed)*

Printed Name: KATIE JENNINGS

Current/Former Employee of Sterling Store (Name/Location):
OSTERMAN – NORTHTOWNE TOLEDO OH
JB ROBINSON – SOUTHWYCK, TOLEDO,
KAYS – WESTGATE FAIRVIEW PARK