UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                                  :

**LARYSSA JOCK, et al.,**

      Plaintiffs,

      on behalf of themselves and    :  Index No. 1:08 CV 2875 (JSR)
      others similarly situated,

  -against-

**STERLING JEWELERS INC.,**

      Defendant.
------------------------------------- X

## NOTICE OF MOTION TO REFER TO ARBITRATION AND STAY THE LITIGATION

PLEASE TAKE NOTICE that Plaintiffs hereby move this Court for an Order to refer this case to arbitration pursuant to the arbitration agreement entered into between the parties and stay the instant litigation. In accordance with the Court's instructions during the telephone conference on May 2, 2008, Plaintiffs hereby serve their Notice of Motion to Refer to Arbitration and Stay the Litigation and Memorandum of Law in Support of the Motion to Refer to Arbitration and Stay the Litigation on May 5, 2008, Defendant is to serve its opposition papers by May 19, 2008, Plaintiffs are to serve their reply papers by May 26, 2008, and a hearing is scheduled before the Honorable Jed S. Rakoff, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007-1312 on June 2, 2008 at 4:30 pm.

| | |
|---|---|
| Dated: New York, New York<br>May 5, 2008 | Respectfully submitted,<br><br>**COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.**<br><br>By:  */s/ Joseph M. Sellers*<br>    Joseph M. Sellers<br>    Jenny R. Yang (JY-9667)<br>    Sahar F. Aziz<br>    1100 New York Avenue, N.W.<br>    Suite 500, West Tower<br>    Washington, DC 20005<br>    Telephone:  (202) 408-4600<br>    Facsimile:  (202) 408-4699<br>    jsellers@cmht.com<br>    jyang@cmht.com<br>    saziz@cmht.com<br><br>    Lynda J. Grant (LG-4784)<br>    150 East 52nd Street, 30th floor<br>    New York, NY 10022<br>    Telephone:  (212) 838-7797<br>    Facsimile:  (212) 838-7745<br>    lgrant@cmht.com<br><br>    Sam J. Smith<br>    Loren B. Donnell<br>    Burr & Smith, LLP<br>    442 W. Kennedy Boulevard, Suite 300<br>    Tampa, FL 33606<br>    Telephone:  (813) 253-2010<br>    Facsimile:  (813) 254-8391<br>    ssmith@burrandsmithlaw.com<br>    ldonnell@burrandsmithlaw.com<br><br>    Thomas A. Warren<br>    Thomas A. Warren Law Offices, P.L.<br>    2032-D Thomasville Blvd.<br>    Tallahassee, FL  32308<br>    Telephone:  (850) 385-1551<br>    Facsimile:  (850) 385-6008<br>    tw@nettally.com<br><br>    *Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 5, 2008, I electronically filed the foregoing NOTICE OF MOTION TO REFER TO ARBITRATION AND STAY THE LITIGATION with the Clerk of the United States District Court, Southern District of New York, using the CM/ECF system, which sent notification of such filing to the following:

Gerald L. Maatman, Jr. (GM-3201)
gmaatman@seyfarth.com

Lorie E. Almon (LA-4937)
lalmon@seyfarth.com

David Bennet Ross (DR-8613)
dross@seyfarth.com

Richard I. Scharlat (RS-5127)
rscharlat@seyfarth.com

620 Eighth Avenue, 32nd floor
New York, New York 10018-1405
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

      I hereby certify that on May 5, 2008, I sent the foregoing NOTICE OF MOTION TO REFER TO ARBITRATION AND STAY THE LITIGATION via first class mail to the following:

ZASHIN & RICH CO., L.P.A.
Stephen S. Zashin
ssz@zrlaw.com
55 Public Square, 4th floor
Cleveland, Ohio 44113
Telephone: (216) 696-4441
Facsimile: (216) 696-1618

Attorneys for Defendant Sterling Jewelers Inc.

                                ___*/s/ Sahar Aziz*_____
                                    Sahar Aziz