UNITED STATES DISTRICT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Laryssa Jock, et al. | Plaintiffs, | |
| - against - | | 08 cv 2875 (JSR) |
| Sterling Jewelers, Inc. | Defendant. | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |

State of New York    )
                     )    ss:
County of New York   )

Upon the motion of Jenny R. Yang, attorney for Laryssa Jock, et al. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED THAT**

| | |
|---|---|
| Applicant's Name: | Sam J. Smith |
| Firm Name: | Burr & Smith, LLP |
| Address: | 442 W. Kennedy Blvd., Suite 300 |
| City/State/Zip: | Tampa, FL 33606-1495 |
| Phone Number: | 813-253-2010 |
| Fax Number: | 813-254-8391 |

is admitted to practice pro hac vice as counsel for Laryssa Jock, et al. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject o the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 5/4/08
City, State: New York, NY

United States District/~~Magistrate~~ Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-7-08

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this 22nd day of April, 2008, I caused a true and accurate copy of the Motion for Admission Pro Hac Vice for Sam J. Smith to be served via first-class mail upon.

Gerald L. Maatman, Jr., Esquire
Seyfarth Shaw
131 South Dearborn Street
Suite 2400
Chicago, IL  60603-5577
(312) 460-5965

_____
Tina Huell