UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

Laryssa Jock, et al.                        Plaintiffs,

        - against -                                  08 cv 2875 (JSR)

Sterling Jewelers, Inc.              Defendant.        ORDER FOR ADMISSION
                                                                PRO HAC VICE
                                                                ON WRITTEN MOTION

State of New York    )
                            )  ss:
County of New York  )

Upon the motion of Jenny R. Yang, attorney for Laryssa Jock, et al. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED THAT**

        Applicant's Name:     Loren Donnell

        Firm Name:             Burr & Smith, LLP

        Address:                 442 W. Kennedy Blvd., Suite 300

        City/State/Zip:        Tampa, FL 33606-1495

        Phone Number:        813-253-2010

        Fax Number:           813-254-8391

is admitted to practice pro hac vice as counsel for Laryssa Jock, et al. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject o the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 5/4/08
City, State: New York, NY

                                                                    [signature]
                                             United States District/~~Magistrate~~ Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-08
```

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on this 22nd day of April, 2008, I caused a true and accurate copy of the Motion for Admission Pro Hac Vice for Loren Donnell to be served via first-class mail upon.

Gerald L. Maatman, Jr., Esquire
Seyfarth Shaw
131 South Dearborn Street
Suite 2400
Chicago, IL  60603-5577
(312) 460-5965

 

_____
Tina Huell