UNITED STATES DISTRICT COURT
SOUTNERN DISTRICT OF NEW YORK

Laryssa Jock, et al.          Plaintiff,

   - against --

Sterling Jewelers Inc.         Defendant.

_____/

08 cv 2875 (JSR)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Jenny R. Yang attorney for Laryssa Jock, et al.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name : | Thomas A. Warren |
| Firm Name: | Thomas A. Warren Law Offices, P.L. |
| Address: | 2032D Thomasville Road |
| City/State/Zip: | Tallahassee, FL  32308 |
| Telephone/Fax: | 850-385-1551; 850-385-6008 |
| Email Address: | tw@nettally.com |

Is admitted to practice pro hac vice as counsel for Laryssa Jock, et al. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 5/4/08
City, State: New York, NY

_____
United States District/Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-08

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this 22nd day of April, 2008, I caused a true and accurate copy of the Motion for Admission Pro Hac Vice for Thomas A. Warren to be served via first-class mail upon.

Gerald L. Maatman, Jr., Esquire
Seyfarth Shaw
131 South Dearborn Street
Suite 2400
Chicago, IL  60603-5577
(312) 460-5965

_____
Tina Huell