UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
LARYSSA JOCK, JACQUELYN BOYLE,          :
CHRISTY CHADWICK, LISA FOLLETT, MARIA :
HOUSE, DENISE MADDOX, LISA McCONNELL,  :    08 Civ. 2875 (JSR)
GLORIA PAGAN, JUDY REED, LINDA RHODES  :
KHRISTINA RODRIGUES, NINA              :         ORDER
SHAHMIRZADI, LEIGHLA SMITH, DAWN       :
SOUTO-COONS, and MARIE WOLF,           :
                                       :
                Plaintiffs,            :
                                       :
                -v-                    :
                                       :
STERLING JEWELERS, INC.,               :
                                       :
                Defendant.             :
------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-08

JED S. RAKOFF, U.S.D.J.

        The Clerk is directed to remove from the Court's electronic

filing system Document #19, "Answer to Amended Complaint,

Counterclaim Against All Plaintiffs," and all exhibits thereto, as

plaintiffs have brought to the Court's attention that certain

exhibits contain confidential information.  Plaintiffs are directed

immediately to refile Document #19 and the accompanying exhibits with

all confidential information redacted.  The Court will deem such

filing to have been made nunc pro tunc on April 30, 2008, the date

that Document #19 originally was filed.

        SO ORDERED.

        Dated: New York, NY
               May 6, 2008                JED S. RAKOFF, U.S.D.J.