UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
:
**LARYSSA JOCK, et al.,** :
:
      Plaintiffs, on behalf of :
      themselves and others :
      similarly situated :
: Index No. 1:08-cv-02875 (JSR)
  -against- :
:
**STERLING JEWELERS INC.,** :
:
      Defendant. :
:
------------------------------------- X

**PLAINTIFFS' NOTICE OF FILING CONSENT TO JOIN
FORMS UNDER THE FAIR LABOR STANDARDS ACT, 29 U.S.C §216(b)**

    Plaintiffs, pursuant to 29 U.S.C. §216(b) of the Fair Labor Standards Act, hereby file the original executed Consent to Join Forms for the following individuals:

    Arena, Noreen
    Caldwell, Erica
    Christy, Katherine
    Crump, Susan E.
    Droz-Schwartz, Fonda
    Gold, Dawna
    Kalemba, Ashley
    Molina, Jennifer
    Roy, Bridget

    With this filing, thirty-nine (39) individuals have filed Consents to Join in this collective action lawsuit.

Dated: May 16, 2008					Respectfully submitted,

								**BURR & SMITH, LLP**


								/s/ Sam J. Smith
								Sam J. Smith, FL Bar No. 0818593
								Loren L. Donnell, FL Bar No. 013429
								442 W. Kennedy Blvd., Suite 300
								Tampa, FL  33606-1495
								Telephone: (813) 253-2010
								Facsimile: (813) 254-8391
								ssmith@burrandsmithlaw.com
								ldonnell@burrandsmithlaw.com

								Lynda J. Grant (LG-4784)
								150 East 52nd Street, 30th Floor
								New York, NY  10022
								Telephone: (212) 838-7797
								Facsimile: (212) 838-7745
								lgrant@cmht.com

								Joseph M. Sellers
								Jenny R. Yang (JY-9667)
								Sahar F. Aziz
								1100 New York Avenue, N.W.
								Suite 500, West Tower
								Washington, DC  20005
								Telephone: (202) 408-4600
								Facsimile: (202) 408-4699
								jsellers@cmht.com
								jyang@cmht.com
								saziz@cmht.com

								Thomas A. Warren
								Thomas A. Warren Law Offices, P.L.
								2032-D Thomasville Blvd.
								Tallahassee, FL  32308
								Telephone: (850) 385-1551
								Facsimile: (850) 385-6008
								tw@nettally.com

								*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 16th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Stephen S. Zashin
>ZASHIN & RICH CO., L.P.A.
>55 Public Square, 4th floor
>Cleveland, Ohio 44113
>Telephone: (216) 696-4441
>Facsimile: (216) 696-1618
>ssz@zrlaw.com
>
>Gerald L. Maatman, Jr.
>SEYFARTH SHAW
>131 South Dearborn St., Suite 2400
>Chicago, IL 60603-5577
>gmaatman@seyfarth.com
>
>**Attorneys for Defendant Sterling Jewelers Inc.**
>
>    ___*/s/ Sam J. Smith*_____
>      Sam J. Smith

**CONSENT TO JOIN**
**PURSUANT TO 29 U.S.C. §216(b)**

1. I hereby consent and agree and opt-in to become a plaintiff in a lawsuit brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, for violations of the Equal Pay Act, 29 U.S.C. § 206(d), against my current/former employer, Sterling Jewelers, Inc., and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives (collectively "Sterling").

2. I have worked for Sterling during the time period after February 2003. I believe I may have been paid less than men in similar positions; and therefore, consent to join the suit.

3. I hereby agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

4. I hereby designate Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Thomas A. Warren, P.L., and Burr & Smith, L.L.P. to represent me in this action.

5. I agree to be represented by those plaintiffs who have been or will be named in the litigation that my counsel has filed, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, including the method and manner of conducting and resolving the litigation, the terms of representation by the attorneys for the named plaintiffs and others who join the action, and all other matters pertaining to this lawsuit.

Date: 5-5-08

Signature: *Noreen A Arena*

Printed Name: Noreen A. Arena

Current/Former Employee of Sterling Store (Name/Location): Marketplace Mall

## CONSENT TO JOIN
## PURSUANT TO 29 U.S.C. §216(b)

1. I hereby consent and agree and opt-in to become a plaintiff in a lawsuit brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, for violations of the Equal Pay Act, 29 U.S.C. § 206(d), against my current/former employer, Sterling Jewelers, Inc., and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives (collectively "Sterling").

2. I have worked for Sterling during the time period after February 2003. I believe I may have been paid less than men in similar positions; and therefore, consent to join the suit.

3. I hereby agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

4. I hereby designate Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Thomas A. Warren, P.L., and Burr & Smith, L.L.P. to represent me in this action.

5. I agree to be represented by those plaintiffs who have been or will be named in the litigation that my counsel has filed, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, including the method and manner of conducting and resolving the litigation, the terms of representation by the attorneys for the named plaintiffs and others who join the action, and all other matters pertaining to this lawsuit.

Date: April 30, 2008

Signature: *E. Caldwell*

Printed Name: Erica Caldwell

Current/Former Employee of Sterling Store (Name/Location): #2320 Green Hills Mall

## CONSENT TO JOIN
## PURSUANT TO 29 U.S.C. §216(b)

1. I hereby consent and agree and opt-in to become a plaintiff in a lawsuit brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, for violations of the Equal Pay Act, 29 U.S.C. § 206(d), against my current/former employer, Sterling Jewelers, Inc., and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives (collectively "Sterling").

2. I have worked for Sterling during the time period after February 2003. I believe I may have been paid less than men in similar positions; and therefore, consent to join the suit.

3. I hereby agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

4. I hereby designate Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Thomas A. Warren, P.L., and Burr & Smith, L.L.P. to represent me in this action.

5. I agree to be represented by those plaintiffs who have been or will be named in the litigation that my counsel has filed, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, including the method and manner of conducting and resolving the litigation, the terms of representation by the attorneys for the named plaintiffs and others who join the action, and all other matters pertaining to this lawsuit.

Date: 4/28/08

Signature: *Katherine Christy*

Printed Name: Katherine Christy

Current/Former Employee of Sterling Store (Name/Location): Schaumburg, IL JB Robinson 2161

CONSENT TO JOIN
PURSUANT TO 29 U.S.C. §216(b)

1. I hereby consent and agree and opt-in to become a plaintiff in a lawsuit brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, for violations of the Equal Pay Act, 29 U.S.C. § 206(d), against my current/former employer, Sterling Jewelers, Inc., and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives (collectively "Sterling").

2. I have worked for Sterling during the time period after February 2003. I believe I may have been paid less than men in similar positions; and therefore, consent to join the suit.

3. I hereby agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

4. I hereby designate Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Thomas A. Warren, P.L., and Burr & Smith, L.L.P. to represent me in this action.

5. I agree to be represented by those plaintiffs who have been or will be named in the litigation that my counsel has filed, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, including the method and manner of conducting and resolving the litigation, the terms of representation by the attorneys for the named plaintiffs and others who join the action, and all other matters pertaining to this lawsuit.

Date: 5-12-08

Signature: /s/ Susan Crump

Printed Name: Susan E Crump

Current/Former Employee of Sterling Store (Name/Location): Jared, Brandon FL

## CONSENT TO JOIN
## PURSUANT TO 29 U.S.C. §216(b)

1. I hereby consent and agree and opt-in to become a plaintiff in a lawsuit brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, for violations of the Equal Pay Act, 29 U.S.C. § 206(d), against my current/former employer, Sterling Jewelers, Inc., and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives (collectively "Sterling").

2. I have worked for Sterling during the time period after February 2003. I believe I may have been paid less than men in similar positions; and therefore, consent to join the suit.

3. I hereby agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

4. I hereby designate Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Thomas A. Warren, P.L., and Burr & Smith, L.L.P. to represent me in this action.

5. I agree to be represented by those plaintiffs who have been or will be named in the litigation that my counsel has filed, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, including the method and manner of conducting and resolving the litigation, the terms of representation by the attorneys for the named plaintiffs and others who join the action, and all other matters pertaining to this lawsuit.

Date: 4-30-08

Signature

FONDA C. DROZ SCHWARTZ
Printed Name

492 / Novi, Michigan
Current/Former Employee of Sterling Store (Name/Location)

## CONSENT TO JOIN
### PURSUANT TO 29 U.S.C. §216(b)

1. I hereby consent and agree and opt-in to become a plaintiff in a lawsuit brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, for violations of the Equal Pay Act, 29 U.S.C. § 206(d), against my current/former employer, Sterling Jewelers, Inc., and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives (collectively "Sterling").

2. I have worked for Sterling during the time period after February 2003. I believe I may have been paid less than men in similar positions; and therefore, consent to join the suit.

3. I hereby agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

4. I hereby designate Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Thomas A. Warren, P.L., and Burr & Smith, L.L.P. to represent me in this action.

5. I agree to be represented by those plaintiffs who have been or will be named in the litigation that my counsel has filed, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, including the method and manner of conducting and resolving the litigation, the terms of representation by the attorneys for the named plaintiffs and others who join the action, and all other matters pertaining to this lawsuit.

Date: 4/30/08

Signature: *[signed]*

Printed Name: DAWNA GOLD

Current/Former Employee of Sterling Store (Name/Location): KAY JEWELERS - MIDDLETOWN, NJ
KAY JEWELERS - EATONTOWN, NJ

## CONSENT TO JOIN
## PURSUANT TO 29 U.S.C. §216(b)

1. I hereby consent and agree and opt-in to become a plaintiff in a lawsuit brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, for violations of the Equal Pay Act, 29 U.S.C. § 206(d), against my current/former employer, Sterling Jewelers, Inc., and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives (collectively "Sterling").

2. I have worked for Sterling during the time period after February 2003. I believe I may have been paid less than men in similar positions; and therefore, consent to join the suit.

3. I hereby agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

4. I hereby designate Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Thomas A. Warren, P.L., and Burr & Smith, L.L.P. to represent me in this action.

5. I agree to be represented by those plaintiffs who have been or will be named in the litigation that my counsel has filed, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, including the method and manner of conducting and resolving the litigation, the terms of representation by the attorneys for the named plaintiffs and others who join the action, and all other matters pertaining to this lawsuit.

Date: 5-2-08

Signature: Ashley Kalemba

Printed Name: Ashley Kalemba

Current/Former Employee of Sterling Store (Name/Location): Osterman Jewelers / Merrillville IN

## CONSENT TO JOIN
## PURSUANT TO 29 U.S.C. §216(b)

1. I hereby consent and agree and opt-in to become a plaintiff in a lawsuit brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, for violations of the Equal Pay Act, 29 U.S.C. § 206(d), against my current/former employer, Sterling Jewelers, Inc., and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives (collectively "Sterling").

2. I have worked for Sterling during the time period after February 2003. I believe I may have been paid less than men in similar positions; and therefore, consent to join the suit.

3. I hereby agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

4. I hereby designate Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Thomas A. Warren, P.L., and Burr & Smith, L.L.P. to represent me in this action.

5. I agree to be represented by those plaintiffs who have been or will be named in the litigation that my counsel has filed, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, including the method and manner of conducting and resolving the litigation, the terms of representation by the attorneys for the named plaintiffs and others who join the action, and all other matters pertaining to this lawsuit.

Date: 5-1-08

Signature: *Jennifer Molina*

Printed Name: Jennifer Molina

Current/Former Employee of Sterling Store (Name/Location): Jared 2453

## CONSENT TO JOIN
## PURSUANT TO 29 U.S.C. §216(b)

1. I hereby consent and agree and opt-in to become a plaintiff in a lawsuit brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, for violations of the Equal Pay Act, 29 U.S.C. § 206(d), against my current/former employer, Sterling Jewelers, Inc., and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives (collectively "Sterling").

2. I have worked for Sterling during the time period after February 2003. I believe I may have been paid less than men in similar positions; and therefore, consent to join the suit.

3. I hereby agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

4. I hereby designate Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Thomas A. Warren, P.L., and Burr & Smith, L.L.P. to represent me in this action.

5. I agree to be represented by those plaintiffs who have been or will be named in the litigation that my counsel has filed, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, including the method and manner of conducting and resolving the litigation, the terms of representation by the attorneys for the named plaintiffs and others who join the action, and all other matters pertaining to this lawsuit.

Date: 5/9/08

Signature: *Bridget Roy*

Printed Name: Bridget Roy

#1755 JB Robinson, Virginia Beach, VA
Current/Former Employee of Sterling Store (Name/Location)