OAO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

LARYSSA JOCK, et al.,
v.
STERLING JEWELERS INC.,

**APPEARANCE**

Case Number: 08 Civ. 2875 (JSR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Sterling Jewelers Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| May 23, 2008 | s// Stephen S. Zashin [email address: ssz@zrlaw.com] |
| Date | Signature |
| | Stephen S. Zashin    SZ-7589 |
| | Print Name    Bar Number |
| | ZASHIN & RICH CO., L.P.A., 55 Public Square, Floor 4 |
| | Address |
| | Cleveland    OH    44113 |
| | City    State    Zip Code |
| | (216) 696-4441    (216) 696-1618 |
| | Phone Number    Fax Number |

American LegalNet, Inc.
www.USCourtForms.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2008, I caused the foregoing Appearance to be electronically filed with the Clerk of the United States District Court, Southern District of New York using the CM/ECF system, which sent notification of such filing to the following:

Joseph M. Sellers
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005

Sam J. Smith
Burr & Smith, LLP
442 West Kennedy Blvd., Suite 300
Tampa, FL 33606

Thomas A. Warren
The Law Offices of Thomas A. Warren
2032-D Thomasville Road
Tallahassee, FL 32308
P.O. Box 1657
Tallahassee, FL 32302

Attorney for Plaintiffs And On Behalf
Of All Counsel for Plaintiffs

/s/ Stephen S. Zashin
Stephen S. Zashin