UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
     :
**LARYSSA JOCK, et al.,**     :
     :
    Plaintiffs, on behalf of     :
    themselves and others     :
    similarly situated     :   Index No. 1:08-cv-02875 (JSR)
     :
  -against-     :
     :
**STERLING JEWELERS INC.,**     :
     :
    Defendant.     :
     :
------------------------------------- X

**PLAINTIFFS' NOTICE OF FILING CONSENT TO JOIN
FORMS UNDER THE FAIR LABOR STANDARDS ACT, 29 U.S.C §216(b)**

    Plaintiffs, pursuant to 29 U.S.C. §216(b) of the Fair Labor Standards Act, hereby file the original executed Consent to Join Forms for the following individuals:

    Follett, Lisa
    Gorham, Cynthia

    With this filing, forty-five (45) individuals have filed Consents to Join in this collective action lawsuit.

Dated: June 16, 2008                                  Respectfully submitted,

**BURR & SMITH, LLP**

/s/ Sam J. Smith
Sam J. Smith, FL Bar No. 0818593
Loren L. Donnell, FL Bar No. 013429
442 W. Kennedy Blvd., Suite 300
Tampa, FL  33606-1495
Telephone: (813) 253-2010
Facsimile: (813) 254-8391
ssmith@burrandsmithlaw.com
ldonnell@burrandsmithlaw.com

Lynda J. Grant (LG-4784)
150 East 52nd Street, 30th Floor
New York, NY  10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
lgrant@cmht.com

Joseph M. Sellers
Jenny R. Yang (JY-9667)
Sahar F. Aziz
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jsellers@cmht.com
jyang@cmht.com
saziz@cmht.com

Thomas A. Warren
Thomas A. Warren Law Offices, P.L.
2032-D Thomasville Blvd.
Tallahassee, FL  32308
Telephone: (850) 385-1551
Facsimile: (850) 385-6008
tw@nettally.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Stephen S. Zashin
>ZASHIN & RICH CO., L.P.A.
>55 Public Square, 4th floor
>Cleveland, Ohio 44113
>Telephone: (216) 696-4441
>Facsimile: (216) 696-1618
>ssz@zrlaw.com
>
>Gerald L. Maatman, Jr.
>SEYFARTH SHAW
>131 South Dearborn St., Suite 2400
>Chicago, IL 60603-5577
>gmaatman@seyfarth.com
>
>**Attorneys for Defendant Sterling Jewelers Inc.**

>    ___*/s/ Sam J. Smith*_____
>            Sam J. Smith

## CONSENT TO JOIN
### PURSUANT TO 29 U.S.C. §216(b)

1. I hereby consent and agree and opt-in to become a plaintiff in a lawsuit brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, for violations of the Equal Pay Act, 29 U.S.C. § 206(d), against my current/former employer, Sterling Jewelers, Inc., and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives (collectively "Sterling").

2. I have worked for Sterling during the time period after February 2003. I believe I may have been paid less than men in similar positions; and therefore, consent to join the suit.

3. I hereby agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

4. I hereby designate Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Thomas A. Warren, P.L., and Burr & Smith, L.L.P. to represent me in this action.

5. I agree to be represented by those plaintiffs who have been or will be named in the litigation that my counsel has filed, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, including the method and manner of conducting and resolving the litigation, the terms of representation by the attorneys for the named plaintiffs and others who join the action, and all other matters pertaining to this lawsuit.

Date: 6/10/08

Signature: *Lisa Follett*

Printed Name: LISA FOLLETT

Current/Former Employee of Sterling Store (Name/Location): Belden Jewelers / Store 331 Massena, NY

## CONSENT TO JOIN
### PURSUANT TO 29 U.S.C. §216(b)

1. I hereby consent and agree and opt-in to become a plaintiff in a lawsuit brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, for violations of the Equal Pay Act, 29 U.S.C. § 206(d), against my current/former employer, Sterling Jewelers, Inc., and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives (collectively "Sterling").

2. I have worked for Sterling during the time period after February 2003. I believe I may have been paid less than men in similar positions; and therefore, consent to join the suit.

3. I hereby agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

4. I hereby designate Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Thomas A. Warren, P.L., and Burr & Smith, L.L.P. to represent me in this action.

5. I agree to be represented by those plaintiffs who have been or will be named in the litigation that my counsel has filed, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, including the method and manner of conducting and resolving the litigation, the terms of representation by the attorneys for the named plaintiffs and others who join the action, and all other matters pertaining to this lawsuit.

Date: 5/31/08

Signature: *Cynthia S. Gorham*

Printed Name: Cynthia S. Gorham

Current/Former Employee of Sterling Store (Name/Location): Osterman Jewelers Marion, IN