```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
LARYSSA JOCK, JACQUELYN BOYLE,        :
CHRISTY CHADWICK, LISA FOLLETT, MARIA :
HOUSE, DENISE MADDOX, LISA McCONNELL, :   08 Civ. 2875 (JSR)
GLORIA PAGAN, JUDY REED, LINDA RHODES :
KHRISTINA RODRIGUES, NINA             :        ORDER
SHAHMIRZADI, LEIGHLA SMITH, DAWN      :
SOUTO-COONS, and MARIE WOLF,          :
                                      :
           Plaintiffs,                :
                                      :
           -v-                        :
                                      :
STERLING JEWELERS, INC.,              :
                                      :
           Defendant.                 :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6-19-08

Plaintiffs, current and former female employees of defendant Sterling Jewelers, Inc., bring this class action alleging a company-wide pattern and practice of gender discrimination in pay and promotion decisions in violation of Title VII and the Equal Pay Act. Currently before the Court are three motions: first, plaintiffs' Motion to Refer to Arbitration and Stay the Litigation ("arbitration motion"); second, defendant's Motion for Bifurcated Scheduling, Consideration, and Disposition of Legal Issues Relative to the Workplace Dispute Resolution Agreement Between Each Plaintiff and Defendant ("scheduling motion"); and third, plaintiffs' Motion to Strike Counterclaims from the Pleadings Pursuant to Rule 12(f) or, in the Alternative, Motion to Dismiss Counterclaims Pursuant to Rule 12(b)(6) ("motion to strike").

Plaintiffs' motion to refer to arbitration is granted; defendant's motion for bifurcated scheduling is denied; and

plaintiffs' motion to strike is denied as moot. The Court hereby refers this dispute to arbitration pursuant to RESOLVE, defendant's workplace alternative dispute resolution program, and stays the instant action for all purposes. The Clerk of the Court is directed to place this action on the suspense calendar.

An opinion setting forth the reasons for this ruling will follow in due course.

SO ORDERED.

Dated: New York, NY
      June 18, 2008

                              JED S. RAKOFF, U.S.D.J.