UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | |
|---|---|
| **LARYSSA JOCK, et al.,** | : 2:08 CV 2875 (JSR) |
| Plaintiffs, | : |
| | : U.S. District Judge Jed S. Rakoff |
| v. | : |
| **STERLING JEWELERS INC.,** | : |
| Defendant. | : |

------------------------------------------------------------ x

**PARTIES' SIXTH ARBITRATION STATUS REPORT**

In accordance with the Court's opinion and order dated December 30, 2009 (Dkt. 66) directing the parties to submit written status reports on the arbitration every three months, the parties submit their sixth report.

**Oral Argument in the United States Court of Appeals for the Second Circuit**

On February 9, 2011, the United States Court of Appeals for the Second Circuit heard argument on Plaintiffs' appeal, Case No. 10-3247. The parties await a decision from the panel. The arbitration proceedings remain stayed in accordance with the parties' Stipulation Regarding Stay of the Individual Arbitration Proceedings, filed on December 21, 2010. In the stipulation, the parties agreed that the 46 individual arbitrations would be "stayed until ten days following the issuance of a decision by the Second Circuit on Claimants' pending appeal." Dkt. 106, Ex. 1. At the request of AAA case manager Linda Cook, the parties informed the AAA on February 18, 2011 and again on March 24, 2011, that the Second Circuit had not yet issued a decision, and that the parties would notify the AAA once a decision is issued.

**Dated: April 20, 2011**

Respectfully submitted,

SEYFARTH SHAW LLP

By:  /s/ Gerald L. Maatman, Jr.
    Gerald L. Maatman, Jr.
    gmaatman@seyfarth.com
    Lorie E. Almon
    lalmon@seyfarth.com
    David Bennet Ross
    dross@seyfarth.com
    William F. Dugan (WD-9388)
    wdugan@seyfarth.com
    620 Eighth Avenue, 32nd Floor
    New York, New York 10018-1405
    Telephone: (212) 218-5500
    Facsimile: (212) 218-5526

ZASHIN & RICH CO., L.P.A.

    Stephen S. Zashin
    ssz@zrlaw.com
    55 Public Square, 4th Floor
    Cleveland, Ohio 44113
    Telephone: (216) 696-4441
    Facsimile: (216) 696-1618

*Attorneys for Defendant Sterling Jewelers Inc.*

Respectfully submitted,

COHEN MILSTEIN SELLERS & TOLL, P.L.L.C.

By:  /s/ Joseph M. Sellers
    Joseph M. Sellers
    Jenny R. Yang
    Kalpana Kotagal
    1100 New York Avenue, N.W.
    Suite 500, West Tower
    Washington, D.C. 20005
    Telephone: (202) 408-4600
    Facsimile: (202) 408-4699
    jsellers@cohenmilstein.com
    jyang@cohenmilstein.com
    kkotagal@cohenmilstein.com

BURR & SMITH

    Sam J. Smith
    Loren B. Donnell
    442 W. Kennedy Boulevard, Suite 300
    Tampa, Florida 33606
    Telephone: (813) 253-2010
    Facsimile: (813) 254-8391
    ssmith@burrandsmithlaw.com
    ldonnell@burrandsmithlaw.com

THOMAS A. WARREN LAW OFFICES, P.L.

    Thomas A. Warren
    2032-D Thomasville Rd
    Tallahassee, Florida 32308
    Telephone: (850) 385-1551
    Facsimile: (850) 385-6008
    tw@nettally.com

*Attorneys for the Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
| |   : | 2:08 CV 2875 (JSR) |
|---|---|---|
| **LARYSSA JOCK, et al.,** | : | U.S. District Judge Jed S. Rakoff |
| Plaintiffs, | : | |
| v. | : | |
| **STERLING JEWELERS INC.,** | : | |
| Defendant. | : | |

------------------------------------------------------------ x

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2011, I electronically filed the foregoing **Parties' Sixth Arbitration Status Report** with the Clerk of the United States District Court, Southern District of New York using the CM/ECF system, which sent notification of such filing to the following:

Gerald Leonard Maatman , Jr
Seyfarth Shaw LLP (131 S. Dearborn St)
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603
(312) 460-5000 x5965
Fax: (312)-460-7965
Email: gmaatman@seyfarth.com

Stephen S. Zashin
Zashin & Rich Co., L.P.A.
55 Public Square
Cleveland, OH 44113
(216)-696-4441
Fax: (216)-696-1618
Email: ssz@zrlaw.com

*Attorneys for Defendant Sterling Jewelers Inc.*

     /s/   Joseph M. Sellers
     Joseph M. Sellers