UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | |
|---|---|
| **LARYSSA JOCK, et al.,** | 1:08 CV 2875 (JSR) |
| Plaintiffs, | |
| v. | U.S. District Judge Jed S. Rakoff |
| **STERLING JEWELERS INC.,** | |
| Defendant. | **NOTICE OF APPEAL** |

------------------------------------------------------------ x

Notice is hereby given that Plaintiffs in the above-named case, Laryssa Jock, Christy Meierdiercks, Maria House, Denise Maddox, Lisa McConnell, Gloria Pagan, Judy Reed, Linda Rhodes, Nina Shahmirzadi, Leighla Murphy, Dawn Souto-Coons, and Marie Wolf, on behalf of themselves and all others similarly situated hereby appeal to the United States Court of Appeals for the Second Circuit from the order of this Court dated January 15, 2018 (and entered January 16, 2018, [Docket No. 168]), which for the reasons set forth in that order granted in part Defendant Sterling Jewelers Inc.'s Motion to Vacate the Arbitrator's Class Determination Award [Docket No. 162].

Dated: January 18, 2018               Respectfully submitted,

/s/ Joseph M. Sellers
Joseph M. Sellers
Kalpana Kotagal
Shaylyn Cochran
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:  (202) 408-4699
jsellers@cohenmilstein.com
kkotagal@cohenmilstein.com
scochran@cohenmilstein.com

J. Douglas Richards
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
drichards@cohenmilstein.com

Sam J. Smith
Loren B. Donnell
**BURR & SMITH, LLP**
111 2nd Avenue, N.E.
Suite 1100, St. Petersburg, FL 33701
Telephone: (813) 253-2010
Facsimile:  (727) 823-2126
ssmith@burrandsmithlaw.com
ldonnell@burrandsmithlaw.com

Thomas A. Warren
**THOMAS A. WARREN LAW OFFICES, P.L.**
2032-D Thomasville Road
Tallahassee, FL 32308
Telephone: (850) 385-1551
Facsimile:  (850) 385-6008
tw@nettally.com

*Class Counsel for Claimants-Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2018, I electronically served the foregoing Notice of Appeal with the Clerk of the United States District Court, Southern District of New York using the CM/ECF system which sent notification of such filing to the following:

Gerald L. Maatman, Jr.
Lorie E. Almon
David Bennet Ross
William F. Dugan
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd floor
New York, NY 10018-1405
gmaatman@seyfarth.com
lalmon@seyfarth.com
dross@seyfarth.com
wdugan@seyfarth.com

Jeffrey S. Klein
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
jeffrey.klein@weil.com

*Attorneys for Defendant*

                                                    */s/ Joseph M. Sellers*
                                                    Joseph M. Sellers