UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

Laryssa Jock, et al.,

    Plaintiffs,                                     1:08-cv-2875 (JSR)

v.                                                U.S. District Judge Jed S. Rakoff

Sterling Jewelers Inc.,

                                                    **ORDER**
                                                    **FOR ADMISSION**
    Defendant.                                      **PRO HAC VICE**

The motion of Mark W. Wallin, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of Illinois, Minnesota and California; and that his contact information is as follows:

Applicant's Name:  Mark W. Wallin
Firm Name:  Barnes & Thornburg LLP
Address:  One N. Wacker Drive, Suite 4400
City/State/Zip:  Chicago, Illinois 60606
Telephone/Fax: PH: (312) 214-4591  FX (312) 759-5646
Email: mark.wallin@btlaw.com

Applicant having requested admission Pro Hac Vice for all purposes as a counsel for Sterling Jewelers Inc. in the above entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: ___3-4-2021___                                     _Jed S. Rakoff, U.S.D.J._
                                                            Judge