**EXHBIT 1**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LARYSSA JOCK, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>STERLING JEWELERS Inc.,<br><br>        Defendant. | Civ. No. 1:08-cv-02875 |

**[PROPOSED] ORDER**

AND NOW, this ____ day of _____, 2022, upon consideration of the Joint Petition to Confirm Final Approval Award and there being no opposition to said Petition, it is hereby ORDERED and DECREED that the Petition is GRANTED.  It is further ORDERED that the November 15, 2022 Final Approval Award that sets forth the terms of the June 8, 2022 Settlement Agreement between the parties is hereby CONFIRMED pursuant to Section Nine of the Federal Arbitration Act.

 

BY THE COURT:

_____
Honorable Jed S. Rakoff
United States District Court for the Southern
District of New York