IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARYSSA JOCK, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>STERLING JEWELERS Inc.,<br><br>　　　　　Defendant. | Civ. No. 1:08-cv-02875 |

**DECLARATION OF JOSEPH M. SELLERS IN SUPPORT OF**
**CONFIRMATION OF THE FINAL APPROVAL AWARD**

I, Joseph M. Sellers, declare pursuant to 28 U.S.C. § 1746 that the factual statements set forth below are true and correct, to the best of my knowledge, information, and belief.

1.　　I am an attorney with the law firm Cohen Milstein Sellers & Toll, PLLC, and I am class counsel in the above-referenced matter. In my capacity as attorney with responsibility for this litigation, I have personal knowledge of the factual information stated in this declaration. Attached hereto are true and correct copies of documents that were filed or issued in the related arbitration captioned *Laryssa Jock, et al. v. Sterling Jewelers Inc*, AAA Arbitration No. 11-160-00655-08 (the "Arbitration").

2.　　Attached and filed as Exhibit A is a true and correct copy of the Settlement Agreement executed by the parties.

3.　　Attached and filed as Exhibit B is a true and correct copy of Claimants' Motion and Memorandum in Support of Final Approval of Class Action Settlement, which was submitted to Arbitrator Hon. John Gleeson on November 4, 2022, in the Arbitration.

4.　　Attached and filed as Exhibit C is a true and correct copy of the transcript from the November 15, 2022, Final Fairness Hearing before Arbitrator Hon. John Gleeson in the Arbitration.

5. Attached and filed as Exhibit D is a true and correct copy of the Final Approval of Class Action Settlement issued by Arbitrator Hon. John Gleeson on November 15, 2022, in the Arbitration.

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: December 2, 2022                                    Respectfully submitted,

                                                           _____
                                                           Joseph M. Sellers