EXHBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARYSSA JOCK, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>STERLING JEWELERS Inc.,<br><br>　　　　Defendant. | Civ. No. 1:08-cv-02875 |

[PROPOSED] ORDER

AND NOW, this 14th day of March, 2023, upon consideration of the Joint Petition to Confirm Final Approval Award and there being no opposition to said Petition, it is hereby ORDERED and DECREED that the Petition is GRANTED. It is further ORDERED that the November 15, 2022 Final Approval Award that sets forth the terms of the June 8, 2022 Settlement Agreement between the parties is hereby CONFIRMED pursuant to Section Nine of the Federal Arbitration Act.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Jed S. Rakoff
　　　　　　　　　　　　　　　　　　　United States District Court for the Southern
　　　　　　　　　　　　　　　　　　　District of New York